UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------X
:
IMANI ATWELL et al.,
:
           Plaintiffs,     :    07 Civ. 2365 (WHP)
:
           -against-     :    SCHEDULING ORDER No. 3
:
CITY OF NEW YORK et al.,
:
           Defendants.
:
----------------------------------X

WILLIAM H. PAULEY III, District Judge:

       Counsel for the parties having appeared for a conference on April 3, 2009, the following is established on consent of the parties:

       (1) Discovery shall be extended for both sides for the limited purpose of completing any outstanding depositions;

       (2) Defendants shall file and serve their motion for summary judgment on June 12, 2009;

       (3) Plaintiffs shall file and serve their opposition to Defendants' motion for summary judgment on July 3, 2009;

       (4) Defendants shall file and serve their reply, if any, on July 13, 2009;

(5)  This Court will hear oral argument on July 31, 2009, at 10:30 a.m.

Dated:  April 7, 2009
       New York, New York

SO ORDERED:

_____
WILLIAM H. PAULEY III
U.S.D.J.

*Counsel of Record*:

Michael Colihan, Esq.
44 Court Street
Suite 911
Brooklyn, NY 11201
*Counsel for Plaintiffs*

Brian G. Maxey, Esq.
New York City Law Department
Office of the Corporation Counsel
100 Church Street
New York, NY 10007
*Counsel for Defendants*