USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 5/15/2009

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

IMANI ATWELL et al.,

          Plaintiffs,          07 Civ. 2365 (WHP)

    -against-                ORDER

CITY OF NEW YORK et al.,

          Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

WILLIAM H. PAULEY III, District Judge:

        It having been reported to this Court that this action has been or will be settled, it is ordered that this action is discontinued without costs to any party, and without prejudice to restoring the action to this Court's calendar if the application to restore the action is made within forty-five (45) days of the date of this Order. The Clerk of Court is directed to mark this case closed.

Dated: May 14, 2009
       New York, New York

                                SO ORDERED:

                                WILLIAM H. PAULEY III
                                U.S.D.J.

*Counsel of Record*:

Michael Colihan, Esq.
44 Court Street
Suite 911
Brooklyn, NY 11201
*Counsel for Plaintiffs*

Brian G. Maxey, Esq.
New York City Law Department
Office of the Corporation Counsel
100 Church Street
New York, NY 10007
*Counsel for Defendants*